**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, *ex rel.* PPP ELIGIBILITY EXPERTS LLC,** | § | |
| | § | |
| **Plaintiff/Relator,** | § | **Civil Action No. 4:25-cv-2594** |
| **v.** | § | |
| **MAC HAIK FORD LTD DBA MAC HAIK FORD, *et al.*,** | § | |
| **Defendants.** | § | |

**<u>GOVERNMENT'S CONSENT TO RELATOR'S VOLUNTARY DISMISSAL</u>**

On November 17, 2026, Relator PPP Eligibility Experts LLC's filed a Notice of Voluntary Dismissal [Dkt. 10]. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that it consents to the dismissal of the *qui tam* action, as long as the dismissal is without prejudice to the United States. The United States has determined that the dismissal is commensurate with the public interest.

A proposed order accompanies this notice.

Respectfully submitted,

AARON F. REITZ
United States Attorney

*/s/ Michelle Luong*
MICHELLE LUONG
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24098021
Southern District No. 3341578
1000 Louisiana Steet, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9716
Fax: (713) 718-3303
michelle.luong@usdoj.gov

Counsel for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 17, 2026, a true and correct copy of the foregoing was filed and served to all counsel of record via the Court's CM/ECF system.

*/s/ Michelle Luong*
MICHELLE LUONG
Assistant United States Attorney